# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 31874

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 11:21:09 AM
PAM ESTES
Clerk

STATE OF TEXAS      *      IN THE DISTRICT COURT OF

VS.      *      ANDERSON COUNTY, TEXAS

ROBBIE ALONOZO DUDLEY      *      3RD JUDICIAL DISTRICT

**The records in my office reflect the following information in this case:**

CASE TYPE: POSS CS PG 1<1G

JUDGMENT OR APPEALABLE ORDER SIGNED: 10.20.2015

MOTION FOR NEW TRIAL FILED: N/A

NOTICE OF APPEAL FILED: 08.21.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: N/A

PRESIDING TRIAL COURT JUDGE: BASCOM W. BENTLEY, III

TRIAL COURT REPORTER(S): NANCY ADAMS

WAS APPELLANT DECCLARED INDIGENT?      YES: X      NO:

APPELLANT'S COUNSEL IS:    RETAINED:      APPOINTED: X    PRO SE:

APPELLANT'S      ATTORNEY:   WILLIAM M. HOUSE, JR.
                  ADDRESS:   800 NORTH CHURCH
                                PALESTINE, TEXAS 75801
                  TELEPHONE: 903-723-2077
                  FAX:           903723-6323
                  EMAIL:        wmmhousejr@embarqmail.com
                  STATE BAR CARD NO.: 10045000

APPELLEE'S        ATTORNEY:  ALLYSON MITCHELL, Dist. Atty.
                      ADDRESS:    500 N. Church St.
                                   PALESTINE, TEXAS 75801
                      TELEPHONE: 903-723-7400
                      STATE BAR CARD NO.: 24026884

DATED THIS 22ND DAY OF OCTOBER, 2015.

                      JANICE STAPLES
                      DISTRICT CLERK

BY: _____
                DEPUTY – Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
               1517 W. Front St., Ste. 354, Tyler, TX 75702)

**\*\*\*PLEASE ATTACHED A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

NO. 31874

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 3rd JUDICIAL DISTRICT |
| | § | |
| ROBBIE ALONZO DUDLEY | § | ANDERSON COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Robbie Alonzo Dudley, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Robbie Alonzo Dudley.

Respectfully submitted,

Wm. M. House, Jr., Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By: _____
Wm. M. House, Jr.
State Bar No. 10045000
wmmhousejr@embarqmail.com
Attorney for Robbie Alonzo Dudley

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by hand delivery.

_____
Wm. M. House, Jr.



CASE NO. 31874
INCIDENT NO./TRN: 9213720939

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 3RD JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| ROBBIE ALONZO DUDLEY | § | ANDERSON COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX05715201 | § | |

## JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. BASCOM W. BENTLEY III | Date Judgment Entered: | 10/20/2015 |
| Attorney for State: | BRENDA COBBLE | Attorney for Defendant: | WILLIAM HOUSE |

Offense for which Defendant Convicted:
**POSS CS PG 1 <1G**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **481.125(a) HSC** |
| Date of Offense: **May 23, 2014** | |
| Degree of Offense: **2ND DEGREE FELONY** | Plea to Offense: **NOT GUILTY** |
| Verdict of Jury: **GUILTY** | Findings on Deadly Weapon: **N/A** |
| Plea to 1st Enhancement Paragraph: **TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: **TRUE** |
| Findings on 1st Enhancement Paragraph: **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: **TRUE** |

| | | |
|---|---|---|
| Punished Assessed by: **JURY** | Date Sentence Imposed: **10/20/2015** | Date Sentence to Commence: **10/20/2015** |

| | |
|---|---|
| Punishment and Place of Confinement: | **3 1/2 YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: **$ N/A** | Court Costs: **$ 344.00** | Restitution: **$ N/A** | Restitution Payable to: ☐ VICTIM (see below)   ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From **5/23/2014** to **8/22/2014**    From **7/20/2015** to **10/20/2015**    From        to |
| Time Credited: | From        to        From        to        From        to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS**    NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Anderson** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

**Punishment Assessed by Jury / Court / No election (select one)**

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Anderson Count District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____ . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the _____ County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

_____

**Signed and entered on October 20, 2015.**

X _____
Bascom W. Bentley III
JUDGE PRESIDING

Clerk: _Becky Brewster, Deputy_

Right Thumbprint

Robbie Alonzo
Dudley 10-20-15